# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **HENRY MIGUEL ENCHENIQUE PACHECO,** | ) | |
| | ) | |
| | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-204-JD** |
| | ) | |
| **MERRICK B. GARLAND et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## <u>ORDER FOR REPONSE AND NOTICE</u>

The undersigned has examined Petitioner's amended petition for writ of habeas corpus, Doc. 15, his motion for a temporary restraining order (TRO), Doc. 2, and motion for immediate release, Doc. 4. The undersigned has determined a combined response to Petitioner's amended habeas petition and motions is necessary.[1] The Court orders as follows:

> Respondents shall file a combined answer, motion or other response within **fourteen (14) days from this order's date**, consistent with Rule 5(b), (d) of the Rules Governing Section 2254 Cases.[2]

---

[1]    In his TRO motion, Petitioner seeks the same relief requested in his amended habeas corpus petition. So the undersigned directs Respondents to submit a combined response to the amended habeas petition and TRO motion for a decision on the merits.

[2]    "The Rules Governing § 2254 Cases may be applied discretionarily to habeas petitions under § 2241." *Whitmore v. Parker*, 484 F. App'x 227, 231 n.2 (10th Cir. 2012) (citing *Boutwell v. Keating*, 399 F.3d 1203, 1211 n.2 (10th Cir. 2005)); *see also* Rule 1(b).

If Respondents file an answer or other response, Petitioner shall file a reply within 14 days from the filing date. *See* Rule 5(e). If Respondents file a motion, Petitioner shall file a response within twenty-one (21) days after the date the motion was filed. If a party does not oppose a motion within 21 days, the Court may, in its discretion, deem the motion confessed. *See* LCvR7.1(g).

The Court directs the Clerk of Court to send the amended petition, motion for temporary restraining order, motion for immediate release, and this order to the United States Attorney for the Western District of Oklahoma on Respondents' behalf at the following address: 210 W. Park Ave., Suite 400, Oklahoma City, Oklahoma 73102.

Respondents shall not transfer Petitioner to another district unless they provide **72-hours** advance notice of the intended move. Respondents shall file such notice with the Court. Respondents shall state in the notice the reason(s) why Respondents believe such a move is necessary and why the Court should not stay the move pending further court proceedings. Respondents shall not move Petitioner out of this District for a period of at least 72 hours from the time Respondents file the notice described in this paragraph.[3]

**SO ORDERED** this 18th day of March, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

---

[3]    The Court may shorten or extend any time period or deadline set forth herein. If any time period stated in hours "would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C). If any time period stated in days "would end on a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(C).