**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| HENRY MIGUEL ENCHENIQUE PACHECO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF DIAMONDBACK CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | ) | Case No. CIV-26-00204-JD |

**ORDER**

Before the Court is Petitioner Henry Miguel Enchenique Pacheco's ("Petitioner") Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") [Doc. No. 15]. The Court previously indicated it was abating adjudication of this case pending a decision in *Quiroz v. Mullin*, No. 26-6019 (10th Cir.), which concerns pre-final-removal-order detention under 8 U.S.C. § 1225(b)(2)(A) or § 1226(a). *See* [Doc. No. 29]. However, per the Executive Office of Immigration Review's Automated Case Information System, the Court takes judicial notice that Petitioner is now subject to a final order of removal, which changes the posture of this action. *See* EOIR Automated Case Information System, https://acis.eoir.justice.gov/en/ (last accessed June 25, 2026) (showing a final order of removal with no appeal filed by Petitioner); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . .").

Because the Petition's grounds for relief center on statutes and doctrine governing pre-final-removal-order detention, the Court dismisses the Petition [Doc. No. 15] for failure to state a claim and rejects the Report and Recommendation [Doc. No. 25] based on these developments. *See* [Doc. No. 15 at 7–8]. However, given the developments, the Court will grant leave for Petitioner to file a Second Amended Petition. Petitioner may file a Second Amended Petition on or before **July 9, 2026**. If the Petitioner does not file a Second Amended Petition by the deadline, the Court will enter judgment dismissing this action without prejudice, without notice or further opportunity to cure.

IT IS SO ORDERED this 25th day of June 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE