**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

HENRY MIGUEL ENCHENIQUE PACHECO, )
)
Petitioner, )
)
v. ) Case No. CIV-26-00204-JD
)
WARDEN, DIAMONDBACK )
CORRECTIONAL FACILITY, et al., )
)
Respondents. )

**JUDGMENT**

In accordance with the Court's Order issued June 25, 2026 [Doc. No. 30], the Court dismisses this action without prejudice.

IT IS SO ORDERED this 13th day of July 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE